UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SCOTT A. MCMILLAN and THE MCMILLAN LAW FIRM, APC,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>DARREN D. CHAKER, an individual, and as trustee of PLATINUM HOLDINGS GROUP TRUST, DBA Counter Forensics; et al.,<br><br>　　　　Defendants - Appellees. | No. 17-56676<br><br>D.C. No. 3:16-cv-02186-WQH-MDD<br>U.S. District Court for Southern California, San Diego<br><br>**MANDATE** |
| SCOTT A. MCMILLAN and THE MCMILLAN LAW FIRM, APC,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>NICOLE CHAKER, an individual, and as trustee of THE NICOLE CHAKER REVOCABLE LIVING TRUST, U/A dated August 18, 2010,<br><br>　　　　Defendant - Appellant. | No. 18-55343<br><br>D.C. No. 3:16-cv-02186-WQH-MDD<br>U.S. District Court for Southern California, San Diego |

The judgment of this Court, entered January 27, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7